LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM
60 North Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Attorney for Plaintiff(s)
EDWIN L. PINA and MAILENE MAC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>EDWIN L. PINA and MAILENE MAC aka MAILENE MY MAC<br><br>Debtor(s).<br><br>———————————————<br><br>EDWIN L. PINA and MAILENE MAC aka MAILENE MY MAC<br><br>Plaintiff(s),<br><br>Vs<br><br>PREM P. GUPTA and CRAIG J. BASSETT<br><br>Defendant(s). | BK Case No: 09-57362-RLE<br>A.P. No.: 10-05056-RLE<br><br>**CERTIFICATE OF SERVICE**<br><br>CHAPTER 13<br><br>Date: May 27, 2010<br>Time: 2:00 P.M.<br>Location: United States Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br><br>Judge: Hon. Roger L. Efremsky |

I, Catherine Trinh, declare that I am over the age of 18 years and not a party to the within entitled case and that my business address is THE FULLER LAW FIRM, 60 North Keeble Avenue, San Jose, CA 95126. On this date, I served the following document(s) on the person named below by placing a true copy(ies) thereof in a sealed envelope with first class postage

CERTIFICATE OF SERVICE - 1

Case: 10-05056    Doc# 3    Filed: 03/02/10    Entered: 03/02/10 11:38:14    Page 1 of 2

thereon, fully prepaid, in the United States mail at San Jose, California addressed as set forth below, or via electronic notice on date of filing to recipients on electronic service list:

**DOCUMENT(S) SERVED:**
1. COMPLAINT TO RECOVER FUNDS SEIZED 11 USC 547 (B) AND FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY
2. ORDER SETTING TELEPHONIC STATUS CONFERENCE, SETTING INITIAL DISCLOSURES, AND DISCOVERY CONFERENCE
3. INSTRUCTIONS FOR TELEPHONIC STATUS CONFERENCES
4. ISSUED SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE IN AN ADVERSARY PROCEEDING
5. ADVERSARY PROCEEDING COVER SHEET

**ELECTRONIC SERVICE LIST:**

1. U.S. Trustee, 280 South First Street, Suite 268, San Jose, CA 95113
2. Devin Derham-Burk, Chapter 13 Trustee, P.O. Box 50013, San Jose, CA 95150-0013

**MAIL SERVICE LIST:**
1. PREM P. GUPTA, c/o CRAIG J. BASSETT, 25 W 1st STREET, MORGAN HILL, CA 95037-4501

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *March 2, 2010* at San Jose, California.

                                            ____/s/ Catherine Trinh_____