| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Catherine Schlomann Robertson 136213<br>Pahl & McCay<br>225 W. Santa Clara St., Suite 1500<br>San Jose, CA 95113-1752<br>TELEPHONE NO.: (408) 286-5100 FAX NO. (Optional): (408) 286-5722<br>E-MAIL ADDRESS (Optional): crobertson@pahl-mccay.com<br>ATTORNEY FOR (Name): Defendant Prem Gupta<br>~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States Bankruptcy Court<br>STREET ADDRESS: Northern District of California<br>MAILING ADDRESS: 280 S. First St.<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: San Jose Division | MC-050<br>FOR COURT USE ONLY |
| CASE NAME:<br>Pina v. Gupta and Bassett | |
| **SUBSTITUTION OF ATTORNEY - CIVIL**<br>(Without Court Order) | CASE NUMBER:<br>Adv. No. 10-05056 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Defendant Prem P. Gupta makes the following substitution:
1. **Former legal representative** ☐ Party represented self ☑ Attorney (name): Pahl & McCay
2. **New legal representative** ☑ Party is representing self* ☐ Attorney
   a. Name: Prem P. Gupta
   b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   P.O. Box 555
   San Martin, California 95046

   d. Telephone No. (include area code): (408) 683-9010
3. The party making this substitution is a ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):

---

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: June 22, 2010

   Prem P. Gupta
   (TYPE OR PRINT NAME)                                            (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: June 17, 2010

   Pahl & McCay by Catherine Schlomann Robertson
   (TYPE OR PRINT NAME)                                            (SIGNATURE OF FORMER ATTORNEY)

6. ☐ I consent to this substitution.
   Date:

   (TYPE OR PRINT NAME)                                            (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]
Martin Dean's
ESSENTIAL FORMS™
**SUBSTITUTION OF ATTORNEY - CIVIL**
(Without Court Order)
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov
3752-001