Lars T. Fuller (SBN 141270)
Sam Taherian (SBN 170953)
THE FULLER LAW FIRM
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorney for Debtors/Plaintiffs

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EDWIN L. PINA and MAILENE MAC aka MAILENE MY MAC<br><br>    Debtor(s)<br><br>EDWIN L. PINA and MAILENE MAC aka MAILENE MY MAC<br><br>    Plaintiff(s),<br>vs.<br>PREM P. GUPTA and CRAIG J. BASSETT<br><br>    Defendant(s) | CASE No. 09-57362-SLJ<br><br>AP No. 10-05056-SLJ<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CHAPTER 13<br><br>Date:    November 23, 2010<br>Time:    2:30 p.m.<br>Location:  280 South First Street<br>           San Jose, CA 95113<br>           Courtroom 3020<br><br>Judge:   **Hon. Stephen Johnson** |

Come now Debtors/Plaintiffs and submit this Case Management Statement as follows:

## I. FACTUAL BACKGROUND

1. This is an action to recover wages garnished within 90 days prior to filing of bankruptcy (first cause of action) and for recovery of wages garnished after bankruptcy (second cause of action), and for recovery of attorney fees and punitive damages.

2. Defendant Craig J. Bassett, Esq. (hereinafter "Bassett") was attorney of record for defendant Prem P. Gupta (hereinafter "Gupta") in a State Court matter when the garnishments occurred.

## II. PROCEDURAL BACKGROUND

3. Bassett filed a motion to dismiss, which was joined by Gupta. The motion was heard on June 24, 2010, and was denied.

4. Parties were ordered to BDRP, which was to be completed by October.

5. In early October, Gupta advised Plaintiff's counsel that Gupta would provide a list of potential mediators. No list was provided. In late October, Plaintiff's counsel identified two potential mediators, and submitted a stipulation to BDRP to Bassett.

6. The BDRP stipulation has not been signed by Defendants.

## III. DISCOVERY

7. Plaintiffs estimate minor discovery, basically to confirm, formally and under penalty of perjury, exact dates and amounts of garnishments and refunds.

## IV. ADR

8. Because of prior conduct and posture of Defendants, Plaintiff's counsel is convinced that BDRP has little likelihood of success.

## V. TRIAL

9. Plaintiffs' counsel requests that the matter be set for trial in 60 days, with discovery to be closed in 45 days.

10. Plaintiffs' counsel estimates trial to take no more than 3 hours.

Dated: November 4, 2010    THE FULLER LAW FIRM

By: */s/ Sam Taherian*
SAM TAHERIAN
Attorney for Debtors/Plaintiffs