Prem P. Gupta
P.O. Box 555
San Martin, CA 95046-0555
TEL (408) 315-9307

Defendant *In Pro Per*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, San Jose Division**
U.S. Courthouse and Federal Building
280 South First Street, 3rd Floor, San Jose, CA 95113-3099

| | |
|---|---|
| **Bankruptcy of:**<br><br>Edwin L. Pina and Mailene Mac aka Mailene My Mac,<br><br>Debtors | Case No. 09-57362-SLJ (Chapter 13)<br><br>Adversary Proceeding No. 10-05056-SLJ<br><br>**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT** |
| EDWIN L. PINA, and MAILENE MAC aka MAILENE MY MAC,<br><br>Plaintiffs,<br><br>vs.<br><br>PREM P. GUPTA, and CRAIG J. BASSETT,<br><br>Defendants. | Date: November 23, 2010<br>Time: 2:30 p.m.<br><br>Judge: Hon. Stephen L. Johnson |

Defendant PREM P. GUPTA submits this Case Management Statement as follows:

### I. FACTUAL BACKGROUND

1. On August 26, 2010, during Case Management conference, the Court found that this case is suitable for Bankruptcy Dispute Resolution Program (BDRP).

2. Parties were ordered to BDRP with anticipated cooperation.

## II. PROCEDURAL BACKGROUND

3. In the beginning of September 2010, I tried to contact Sam Taherian, Esp. (hereinafter "Taherian") on telephone (408-295-9852) for BDRP. His office receptionist told me that Taherian is not available and also he does not have any official e-mail address.

4. During September and the early part of October 2010, I called and left more than half-a-dozen telephone messages for Taherian. He did not return any of my telephone calls.

5. On October 27, 2010, I corresponded to Taherian via fax (408-295-9852) for BDRP. (Exhibit A – Page 1).

6. On October 29, 2010, I sent a letter to Taherian via fax and first class mail regarding BDRP (Exhibit B – Page 1).

7. On November 8, 2010, I sent BDRP stipulation to Taherian via fax and first class mail for his signature (Exhibit C – Pages 1 & 2). Codefendant Craig Bassett, Esq. (hereinafter "Bassett") also sent the BDRP stipulation to Taherian for his signature. Taherian did not sign the BDRP stipulation.

8. On November 15, 2010, again, I requested to Taherian via fax for his cooperation to BDRP (Exhibit D – Page 1). He has not yet signed BDRP stipulation.

## III. CONCLUSION

Defendant(s) have expended a considerable amount of time in contacting Taherian and on finding BDRP advocate close to his office as per his demand. The BDRP advocate is willing to expend a couple of hours to resolve the case.

WHEREFORE, Defendants PREM P. GUPTA and CRAIG J. BASSETT request that an extension of reasonable time be granted to allow for BDRP.

Respectfully submitted,

Dated: November 22, 2010         _____

Prem P. Gupta, *In Pro Per*

**Prem P. Gupta**
P.O. Box 555, San Martin, CA 95046-0555
Tel (408) 315-9307

# FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| Send To: | Sam Taherian | From: | Prem P. Gupta |
| Co./Dept.: | Fuller Law Firm | Date: | October 27, 2010 |
| Fax No.: | (408) 295-9852 | Total Pages (Incl. Cover): | 1 |

☐ Urgent     ☒ Reply ASAP     ☐ Please Comment     ☐ Please Review

Subject: Bankruptcy Dispute Resolution Program (BDRP)
Pina and Mac v Gupta and Bassett
Case No. 09-57362 RLE; AP No. 10-05056 RLE

Comments:

Mr. Taherian,

I have been trying to contact you via telephone (408-295-5595) for the last several weeks regarding BDRP. Every time I called you, your assistant has told me that you are not in your office. I have also left at least three messages for you on different dates. None of my calls have been returned. Additionally, I have been told by your assistant, Rosie that you do not have an official E-mail address. I expect your cooperation for the BDRP. Please contact me at your earliest availability.

cc: Craig Bassett (Fax: 408-778-6005)

EXHIBIT A - Page 1

Prem P. Gupta
P.O. Box 555
San Martin, CA 95046

October 29, 2010

Sam Taherian
Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

Subject: Bankruptcy Dispute Resolution Program (BDRP)
Pin and Mac v. Gupta and Bassett
Case No. 09-57362 RLE; AP No. 10-05056 RLE

Dear Mr. Taherian,

Please do not send any correspondences address to me to Mr. Craig Bassett, because I have been experiencing serious problems getting my documents from him.

In the past, some of your documents, including complaint, etc. sent to Mr. Bassett, were given to me by him months late.

Yesterday, I went to Mr. Bassett's office to pick up your BDRP-related facsimile transmitted documents. He gave me only your letter of October 27, 2010. According to your letter, you have also sent him a separate fax about names of potential BDRP mediators. Mr. Bassett has neither given nor shown me the document(s).

If you do not want to use E-mail, you can send it to me via regular mail. You have my address and telephone number. In the past, I have had complications with not getting your correspondences in time from Mr. Bassett. I do not want that same situation to be repeated in the future.

The first time I received your telephone call regarding BDRP was on October 27, 2010. It is not possible for me, for Mr. Bassett and the mediator, who has not been appointed yet, to arrange BDRP within a week, as you have demanded in your above mentioned telephone call.

At my earliest availability, I will go through the list of BDRP mediators and send you some names for your consideration. Subsequently, we will pick a date based on your, Bassett's and the mediator's convenience for BDRP.

If you have any questions or comments regarding BDRP, please contact me directly. If you communicate with Mr. Bassett regarding BDRP and/or about the case, I expect from you a copy of the same will be sent to me directly to my address of record.

Very truly yours,

*[signature: Prem P. Gupta]*

Prem P. Gupta

EXHIBIT B - Page 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
Edwin L. Pina and Mailene Mac
_____
                  Debtor
Edwin L. Pina and Mailene Mac
_____
                  Plaintiff

vs.
Prem P. Gupta and Craig J. Bassett
_____
                  Defendant

Bankruptcy No. 09-57362-RLJ

Adversary No. 10-05056-RLJ

## STIPULATION APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM

IT IS HEREBY STIPULATED by and between all parties to the (adversary proceeding) (name of dispute in the main case) entitled herein, that pursuant to B.L.R. 9044-1, this matter be referred to the Bankruptcy Dispute Resolution Program. The parties have conferred and have agreed that the following individuals are mutually acceptable for appointment as Resolution Advocate and Alternate Resolution Advocate in this matter:

Resolution Advocate:

Wendy Smith
Name

2775 Park Avenue
Address

Santa Clara, CA 95050
City, State, Zip

(408) 295-1700
Telephone

Alternate:

Thomas Duffy
Name

149 Bonifacio Place
Address

Monterey, CA 93940
City, State, Zip

(831) 649-5100
Telephone

The matter concerns (select one):

( ) Breach of Contract
( ) Dischargeability
( ) Multiple Litigations
( ) Preference/Fraudulent
    Conveyance
( ) Violation of Stay

( ) Classification of Claims
( ) Injunction or Declaratory Relief
( ) Objection to Claim
( ) Real Estate Issues
(x) Other

( ) Construction Issues
( ) Lien Avoidance
( ) Objection to Plan Confirmation
( ) Validity of Lien

EXHIBIT C - Page 1 of 2

The attorneys for the parties are:

| Attorney for: Plaintiff | Attorney for: Defendant |
|---|---|
| The Fuller Law Firm | Craig J. Bassett, Pro Per |
| Name | Name |
| 60 North Keeble Avenue | 25 W. First Street |
| Address | Address |
| San Jose, CA 95126 | Morgan Hill, CA 95037-4559 |
| City, State, Zip | City, State, Zip |
| 408-295-5595 | 408-779-0007 |
| Telephone | Telephone |
| | */signature/* |
| Signed | Signed |
| | Nov 08 2010 |
| Dated | Dated |

The attorneys for the parties are:

| Attorney for: Plaintiff | Attorney for: Defendant |
|---|---|
| | Prem P. Gupta, Pro Per |
| Name | Name |
| | PO Box 555 |
| Address | Address |
| | San Martin, CA 95046 |
| City, State, Zip | City, State, Zip |
| | 408-683-9010 |
| Telephone | Telephone |
| | *Prem P. Gupta* |
| Signed | Signed |
| | November 8, 2010 |
| Dated | Dated |

*Revised November 2, 2006*

EXHIBIT C - Page 2 of 2

# Prem P. Gupta
P.O. Box 555, San Martin, CA 95046-0555
Tel (408) 315-9307

## FACSIMILE TRANSMISSION

Send To: Sam Taherian          From: Prem P. Gupta

Co./Dept.: Fuller Law Firm     Date: November 15, 2010

Fax No.: (408) 295-9852        Total Pages (Incl. Cover): 1

☒ Urgent    ☐ Reply ASAP    ☐ Please Comment    ☐ Please Review

Subject: Pina and Mac v. Gupta and Bassett: BDRP
Case No. 09-57362 RLE; AP No. 10-05056 RLE

Mr. Taherian:

We are not in receipt of BDRP stipulation, which was sent to you on November 8, 2010 via fax (408-295-9852) and regular mail for your signature. I have expended a considerable amount of time on finding BDRP mediator close to your office, as per your demand. The court has ordered us for BDRP and, therefore, your cooperation is required.

EXHIBIT D - Page 1

| ATTORNEY FOR PARTY MAKING SERVICE (Name, State Bar Number, and Address): | FOR COURT USE ONLY: |
|---|---|
| Prem P. Gupta<br>P.O. Box 555<br>San Martin, CA 95046-0555<br>TEL (408) 315-9307<br><br>ATTORNEY FOR (Name): In Pro Per | |
| NAME AND ADDRESS OF COURT:<br><br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>San Jose Division, U.S. Courthouse and Federal Bldg.<br>280 South First Street, 3rd Floor<br>San Jose, CA 95113-3099    408-535-5118 | |
| TITLE OF CASE (ABBREVIATED):<br><br>*Bankruptcy of Pina/Mac; Pina v. Gupta*<br>(Chapter 13; Adversary Proceeding) | CASE NUMBER / ADVERSARY PROCEEDING NO.:<br><br>09-57362-SLJ (Chapter 13)<br>10-05056-SLJ |

## PROOF OF SERVICE BY REGULAR MAIL

STATE OF CALIFORNIA       } ss.
COUNTY OF SANTA CLARA  }

    I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is shown above.
    On the date set out below I served a copy of the document described below on the attorneys and/or parties of record in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepared deposited directly in the United States mail at Santa Clara, California addressed as follows:

| DOCUMENT(S): |  |
|---|---|
| • **DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT** | |
| ATTORNEYS FOR DEBTORS / PLAINTIFFS:<br><br>Lars T. Fuller, Sam Taherian<br>The Fuller Law Firm<br>60 N. Keeble Avenue<br>San Jose, CA 95126-2723 | CO-DEFENDANT:<br><br>Craig J. Bassett<br>Attorney at Law<br>25 W. First Street<br>Morgan Hill, CA 95037-4559 |
| U.S. TRUSTEE:<br><br>U.S. Trustee<br>280 South First Street, Room 268<br>San Jose, CA 95113-3004 | BANKRUPTCY TRUSTEE:<br><br>Devin Derham-Burk, Ch. 13 Trustee<br>P.O. Box 50013<br>San Jose, CA 95150-0013 |

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: 11/20/10

                                                  Melissa Moraida, Mailing Declarant
                                 3333 Bowers Avenue, Suite 130, Santa Clara, CA 95054

PROOF OF SERVICE BY REGULAR MAIL